<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
JAMES A. WILLIAMS,                          )
                                            )   Civil Action
              Petitioner                    )   No.  07-CV-1099
                                            )
      vs.                                   )
                                            )
LOUIS S. FOLINO,                            )
THE DISTRICT ATTORNEY OF THE                )
 COUNTY OF LYNNE ABRAHAM, PHILADELPHIA,     )
THE ATTORNEY GENERAL OF THE                 )
 STATE OF TOM CORBETT, PENNSYLVANIA,        )
                                            )
              Respondents                   )
```

<u>O R D E R</u>

NOW, this 1st day of February, 2008, upon consideration of the pro se Petition for Writ of Habeas Corpus, which petition was filed March 20, 2007; upon consideration of the Response by Louis S. Folino, *et al.*, to Petition for Writ of Habeas Corpus, which response was filed August 2, 2007; upon consideration of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells filed December 27, 2007; it appearing that as of the date of this Order that petitioner has not filed any objections to the Report and Recommendation of Magistrate Judge Wells; it further appearing after review of this matter that Magistrate Judge Wells' Report and Recommendation correctly determined the legal and factual issues presented in the petition for habeas corpus relief,

<u>          IT IS ORDERED</u> that Magistrate Judge Wells' Report and Recommendation is approved and adopted.

IT IS FURTHER ORDERED that the pro se petition for habeas corpus relief is dismissed without an evidentiary hearing.

IT IS FURTHER ORDERED that because petitioner has not met statutory requirements to have his case heard, and no reasonable jurist could find this procedural ruling debatable, and because petitioner fails to demonstrate denial of a constitutional right, a certificate of appealability is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this matter closed for statistical purposes.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge